**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   NGL & Erosion Control Group, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   46-4403002

4. **Debtor's address**

   **Principal place of business**

   624 Atlanta Highway, NW
   Number    Street

   _____

   Winder            GA    30680
   City              State  ZIP Code

   Barrow County
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding  LLP)
   - ☐ Other. Specify: _____

Debtor    NGL & Erosion Control Group, LLC                              Case number (if known)_____
          _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5617

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                         MM / DD / YYYY

         District _____ When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

         District _____ When _____
                                                          MM / DD / YYYY

         Case number, if known _____

| Debtor | NGL & Erosion Control Group, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | NGL & Erosion Control Group, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/06/2023
MM   / DD / YYYY

✖ /s/ James Scott
Signature of authorized representative of debtor

James Scott
Printed name

Title  Managing Member

**18. Signature of attorney**

✖ /s/ G. Frank Nason, IV
Signature of attorney for debtor

Date  03/06/2023
MM     / DD  / YYYY

G. Frank Nason, IV
Printed name

Lamberth, Cifelli, Ellis & Nason, P.A.
Firm name

6000 Lake Forrest Drive, NW Ste. 435
Number        Street

Atlanta
City

GA
State

30328
ZIP Code

404-262-7373
Contact phone

fnason@lcenlaw.com
Email address

535160
Bar number

GA
State

---

| Fill in this information to identify the case: |
| --- |

Debtor name ___NGL & Erosion Control Group, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia____

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ENGS Commercial Finance Co. Suite 1100 West Itasca, IL, 60143 | Tatyana Synoversky 800-680-3002 tsynoversky@engsfinance.com | Printer Deficiency | Disputed Unliquidated Contingent | | | 174,446.00 |
| 2 | Small Business Administration 233 Peachtree Street, NE Suite 300 Atlanta, GA, 30303 | disastercustomerservice@sba.gov | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 80,000.00 |
| 3 | B. C. Cannon Co., Inc. P. O. Box 3889 Greenville, SC, 29608 | Chip Pappas 864-235-1255 chip@bccannon.com | Services | | | | 29,500.00 |
| 4 | Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA, 19114-0326 | | Taxes & Other Government Units | | | | 15,000.00 |
| 5 | John Deere Financial 6400 NW 86th Street P. O. Box 6600 Johnston, IA, 50131 | Carrie Davis 515-267-3210 daviscarriel@johndeere.com | Credit Card Debt | | | | 5,638.00 |
| 6 | Georgia Department of Revenue Compliance Division - ARCS-Bankruptcy 1800 Century Blvd NE, Suite 9100 Atlanta, GA, 30345-3202 | | Taxes & Other Government Units | | | | 3,000.00 |
| 7 | Fair American Ins.  & Reins. c/o Nat'l Claim Services 365 Northridge Rd., Ste. 200 Atlanta, GA, 30350 | Bill Hattings bhattings@natlclaim.com | | Disputed Unliquidated Contingent | | | 0.00 |
| 8 | | | | | | | |

Debtor    NGL & Erosion Control Group, LLC    Case number (if known)_____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _NGL & Erosion Control Group, LLC_____

United States Bankruptcy Court for the: _Northern District of Georgia_____

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/06/2023_      ✗ /s/ James Scott_____
MM / DD / YYYY                  Signature of individual signing on behalf of debtor

James Scott_____
Printed name

Managing Member_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court

Northern District of Georgia

In re:   NGL & Erosion Control Group, LLC                          Case No.

                                                                          Chapter    11

                              Debtor(s)


**Verification of Creditor Matrix**


        The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.



Date:  _____03/06/2023_____          /s/ James Scott
                                          _____
                                          Signature of Individual signing on behalf of debtor


                                           Managing Member
                                          _____
                                          Position or relationship to debtor

AAA Landscaping & Supply, LLC
401 Corbin Court
Statham, GA 30666

AJM Contacting, LLC
401 Corbin Court
Statham, GA 30666

Amanda Scott
401 Corbin Court
Statham, GA 30666

B. C. Cannon Co., Inc.
P. O. Box 3889
Greenville, SC 29608

B. C. Cannon Co., Inc.
Deirdre Cannon, Reg. Agt.
2501 Rutherford Road
Greenville, SC 29609

Burke Moore Law group
235 Peachtree Street
Suite 1900
Atlanta, GA 30303

Carbucks of Georgia, Inc
5865 Jimmy Carter Blvd
Norcross, GA 30071

Carbucks of Georgia, Inc.
2702 W. Azeele Street
Tampa, FL 33609

Carbucks of Georgia, Inc.
Kevin Ogden
100 East King Ave., Ste. A
Kingsland, GA 31548

ENGS Commercial Finance Co.
Suite 1100 West
Itasca, IL 60143

Fair American Ins.  & Reins.
c/o Nat'l Claim Services
365 Northridge Rd., Ste. 200
Atlanta, GA 30350

Gallivan White Boyd
One Liberty Square
55 Beattie Place, Ste. 1200
Greenville, SC 29601

Georgia Department of Revenue
Compliance Division - ARCS-Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

Georgia Department of Revenue
P.O. Box 105499
Atlanta, GA 30348-5499

GM Financial
P. O. Box 183593
Arlington, TX 76096

GM Financial Group, LLC
12113 Garland Road
Dallas, TX 75218

GM Financial Group, LLC
Yavuz Orta
3200 Buckingham Rd, Apt. 3146D
Garland, TX 75042

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

James Scott
401 Corbin Court
Statham, GA 30666

John Deere Credit Service, Inc.
CT Corporation System, Reg. Agt.
400 E. Court Drive
Des Moines, IA 50309

John Deere Financial
6400 NW 86th Street
P. O. Box 6600
Johnston, IA 50131

Kimberly C. Sheridan
55 Ivan Allen Jr. Blvd., NW
Suite 750
Atlanta, GA 30308


Mahindra Finance USA, LLC
P. O. Box 2000
Johnston, IA 50131


Mahindra Finance USA, LLC
8001 Birchwood Court
Johnston, IA 50131


Mahindra Finance USA, LLC
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092


Paradigm Equipment Finance, Inc.
P. O. Box 907
Kaysville, UT 84037


Paradigm Equipment Finance, Inc.
763 Marshall Way
Suite A
Layton, UT 84041


Paradigm Equipment Finance, Inc.
Tyler Deters
1285 Elk Hollow Rd.
Kaysville, UT 84037


Small Business Administration
233 Peachtree Street, NE
Suite 300
Atlanta, GA 30303


Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


Synovus Bank
Deacon Service, LLC
1111 Bay Ave., Suite 500
Columbus, GA 31901


Synovus Bank
33 W. 11th Street
2nd Floor
Columbus, GA 31901

Synovus Bank f/k/a AFB&T
P. O. Box 1747
Athens, GA 30603


Westwood Funding Solutions, LLC
4601 Sheridan Street
Suite 501
Hollywood, FL 33021