**Fill in this information to identify the case:**

Debtor name ___NGL & Erosion Control Group, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (if known): ___23-20266-jrs___

[X] Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ENGS Commercial Finance Co. Suite 1100 West Itasca, IL, 60143 | Tatyana Synoversky 800-680-3002 tsynoversky@engsfinance.com | Printer Deficiency | Disputed Unliquidated Contingent | | | 174,446.00 |
| 2 | Small Business Administration 233 Peachtree Street, NE Suite 300 Atlanta, GA, 30303 | disastercustomerservice@sba.gov | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 80,000.00 |
| 3 | B. C. Cannon Co., Inc. P. O. Box 3889 Greenville, SC, 29608 | Chip Pappas 864-235-1255 chip@bccannon.com | Services | | | | 29,500.00 |
| 4 | Capital One Attn: Bankruptcy Department P. O. Box 30285 Salt Lake City, UT, 84130 | | Credit Card Debt | | | | 9,995.00 |
| 5 | Capital One Attn: Bankruptcy Department P. O. Box 30285 Salt Lake City, UT, 84130 | | | | | | 9,817.00 |
| 6 | John Deere Financial 6400 NW 86th Street P. O. Box 6600 Johnston, IA, 50131 | Carrie Davis 515-267-3210 daviscarriel@johndeere.com | Credit Card Debt | | | | 5,638.00 |
| 7 | Fair American Ins. & Reins. c/o Nat'l Claim Services 365 Northridge Rd., Ste. 200 Atlanta, GA, 30350 | Bill Hattings bhattings@natlclaim.com | | Disputed Unliquidated Contingent | | | 0.00 |
| 8 | Georgia Department of Revenue Compliance Division - ARCS-Bankruptcy 1800 Century Blvd NE, Suite 9100 Atlanta, GA, 30345-3202 | | Taxes & Other Government Units | | | | 0.00 |

Debtor    NGL & Erosion Control Group, LLC    Case number *(if known)*    23-20266-jrs
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Internal Revenue Service  Centralized Insolvency Operations  P. O. Box 21126  Philadelphia, PA, 19114-0326 | | Taxes & Other Government Units | | | | 0.00 |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____ NGL & Erosion Control Group, LLC _____

United States Bankruptcy Court for the: _____ Northern District of Georgia _____

(State)

Case number (If known): _____ 23-20266-jrs _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..............................................................

   $ _____ 1,043,048.51

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..............................................................

   $ _____ 1,043,048.51

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............

   $ _____ 1,431,871.95

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...........................................

   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................

   + $ _____ 309,396.00

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b

   $ _____ 1,741,267.95

**Fill in this information to identify the case:**

Debtor name ___NGL & Erosion Control Group, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___23-20266-jrs___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**     $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Ameris Bank | Checking | 5  1  9  6 | $ 19,305.51 |
   | 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. | $ |
   | 4.2. | $ |

5. **Total of Part 1**     $ 19,305.51

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. | $ |
   | 7.2. | $ |

Debtor   NGL & Erosion Control Group, LLC _____   Case number *(if known)* 23-20266-jrs
_____
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                              $_____

---

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

                                                                    **Current value of debtor's
                                                                    interest**

**11. Accounts receivable**

| 11a. 90 days old or less: | 111,243.00 | – | 0.00 | = ........➤ | $ 111,243.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 0.00 | – | 0.00 | = ........➤ | $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 111,243.00

---

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                    **Valuation method        Current value of debtor's
                                    used for current value    interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses,
including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable
instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                             $_____

---

| Debtor | NGL & Erosion Control Group, LLC | | Case number (*if known*) | 23-20266-jrs |
|--------|----------------------------------|--|-----------|--------------|
| | Name | | | |

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    NGL & Erosion Control Group, LLC
_____
Name

Case number (*if known*) 23-20266-jrs
_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures**<br>Desk Computers, Filing Cabinets, Desks, Printers | $_____ | _____ | $ 3,500.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 3,500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    NGL & Erosion Control Group, LLC                                    Case number *(if known)*   23-20266-jrs
          _____
          Name

---

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2007 Peterbilt 357 Dump Truck | $ 40,000.00 | | $ 0.00 |
| 47.2  _____ | $ _____ | _____ | $ _____ |
| 47.3  _____ | $ _____ | _____ | $ _____ |
| 47.4  _____ | $ _____ | _____ | $ _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1  _____ | $ _____ | _____ | $ _____ |
| 48.2  _____ | $ _____ | _____ | $ _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1  _____ | $ _____ | _____ | $ _____ |
| 49.2  _____ | $ _____ | _____ | $ _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 507,000.00 | _____ | $ 909,000.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                                                 $ 909,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    NGL & Erosion Control Group, LLC                                Case number (if known) _23-20266-jrs_____
          Name

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $_____ |
|---|

Debtor    NGL & Erosion Control Group, LLC                                    Case number *(if known)*   23-20266-jrs
_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____   _____ − _____ = ➜   $_____
Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**
_____                              $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____                              $_____
Nature of claim     _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____                              $_____
Nature of claim     _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**
_____                              $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____                              $_____
_____                              $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    NGL & Erosion Control Group, LLC                                    Case number *(if known)*    23-20266-jrs
         Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 19,305.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 111,243.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 909,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9. .* .................................................. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 1,043,048.51 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................   1,043,048.51    $ 1,043,048.51

| | | | |
|---|---|---|---|
| Debtor 1 | NGL & Erosion Control Group, LLC | | Case number *(if known)* 23-20266-jrs |
| | First Name    Middle Name    Last Name | | |

### <u>Continuation Sheet for Official Form 206 A/B</u>

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| John Deere 1600 Comm. Wide-Area Mower | 20,000.00 | | 20,000.00 |
| John Deere 333G Compact Track Loader | 65,000.00 | | 65,000.00 |
| John Deere 35G Compact Excavator | 20,000.00 | | 20,000.00 |
| 14 John Deere 6105 Utility Tractor | | | 402,000.00 |
| John Deere 5100 Utility Tractor | 23,000.00 | | 23,000.00 |
| John Deer 6110 Row-Crop Tractor | 90,000.00 | | 90,000.00 |
| Mahindra MFOR105P Tractor | 8,000.00 | | 8,000.00 |
| John Deere FINN T901 Seeder | 27,000.00 | | 27,000.00 |
| 10 Bush Hog 2815 Rotary/Flail Cutter | 140,000.00 | | 140,000.00 |
| John Deere 5100 Utility Tractor | 25,000.00 | | 25,000.00 |
| John Deere 5100 Utility Tractor | 23,000.00 | | 23,000.00 |
| Kubota SVL95-2SHC | 25,000.00 | | 25,000.00 |
| John Deere 6105 Utility Tractor | 23,000.00 | | 23,000.00 |
| John Deere 5100 Utility Tractor | 18,000.00 | | 18,000.00 |

**Fill in this information to identify the case:**

Debtor name __NGL & Erosion Control Group, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __23-20266-jrs__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A
Amount of claim
Do not deduct the value of collateral. | Column B
Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Carbucks of Georgia, Inc

Describe debtor's property that is subject to a lien
2011 Freightliner Cascadia

$ 11,778.95     $ 11,000.00

Creditor's mailing address
5865 Jimmy Carter Blvd
#110, Norcross, GA 30071

Creditor's email address, if known
_____

Date debt was incurred __05/06/2021__
Last 4 digits of account number __8757__

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
First American Bank & Trust Comp.

Describe debtor's property that is subject to a lien
2007 Peterbilt 357 Dump Truck

$31,680.00     $0.00

Creditor's mailing address
55 East May Street
Winder, GA 30680

Creditor's email address, if known
joenenetz@fabt.bank

Date debt was incurred
Last 4 digits of account number _____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $ 1,431,871.95

Debtor    NGL & Erosion Control Group, LLC
          Name

Case number *(if known)*  23-20266-jrs

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

## Part 1:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

---

**2.3**  **Creditor's name**
GM Financial

**Creditor's mailing address**

P. O. Box 183593
Arlington, TX 76096

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account
number**          7401

**Do multiple creditors have an interest in the
same property?**

☒ No

☐ Yes. Have you already specified the relative
priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Chevy 3500 Flatbed

$ 9,044.00          $ 15,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**  **Creditor's name**
John Deere Financial

**Creditor's mailing address**

6400 NW 86th Street
P. O. Box 6600, Johnston, IA 50131

**Creditor's email address, if known**

daviscarriel@johndeere.com

**Date debt was incurred**  _____

**Last 4 digits of account
number**          6892

**Do multiple creditors have an interest in the
same property?**

☒ No

☐ Yes. Have you already specified the relative
priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is subject to a lien**

John Deere 333G Compact Track Loader

$ 75,439.00          $ 65,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   NGL & Erosion Control Group, LLC _____   Case number (if known) 23-20266-jrs
       Name

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
John Deere Financial

**Describe debtor's property that is subject to a lien**

> John Deere 5100 Utility Tractor

$ 24,332.00    $ 18,000.00

**Creditor's mailing address**

6400 NW 86th Street
P. O. Box 6600, Johnston, IA 50131

**Creditor's email address, if known**

daviscarriel@johndeere.com

**Describe the lien**

_____

**Date debt was incurred** _____
**Last 4 digits of account number**    1370

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.6** **Creditor's name**
John Deere Financial

**Describe debtor's property that is subject to a lien**

> John Deere 35G Compact Excavator

$ 29,189.00    $ 20,000.00

**Creditor's mailing address**

6400 NW 86th Street
P. O. Box 6600, Johnston, IA 50131

**Creditor's email address, if known**

daviscarriel@johndeere.com

**Describe the lien**

_____

**Date debt was incurred** _____
**Last 4 digits of account number**    6873

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _3_ of _12_

| Debtor | NGL & Erosion Control Group, LLC | Case number (if known) | 23-20266-jrs |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.7

**Creditor's name**
John Deere Financial

**Creditor's mailing address**
6400 NW 86th Street
P. O. Box 6600, Johnston, IA 50131

**Creditor's email address, if known**
daviscarriel@johndeere.com

**Date debt was incurred** _____
**Last 4 digits of account number** 6880

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
John Deere FINN T901 Seeder

$26,187.00    $27,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.8

**Creditor's name**
John Deere Financial

**Creditor's mailing address**
6400 NW 86th Street
P. O. Box 6600, Johnston, IA 50131

**Creditor's email address, if known**
daviscarriel@johndeere.com

**Date debt was incurred** _____
**Last 4 digits of account number** 1362

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
John Deere 1600 Comm. Wide-Area Mower

$24,905.00    $20,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  NGL & Erosion Control Group, LLC                                    23-20266-jrs
        Name                                                     Case number *(if known)*

| Part 1: | Additional Page | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name
John Deere Financial

Creditor's mailing address

6400 NW 86th Street
P. O. Box 6600, Johnston, IA 50131

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number    6947

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

John Deere 5100 Utility Tractor

$ 12,152.00          $ 23,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.10** Creditor's name
John Deere Financial

Creditor's mailing address

6400 NW 86th Street
P. O. Box 6600, Johnston, IA 50131

Creditor's email address, if known

daviscarriel@johndeere.com

Date debt was incurred _____
Last 4 digits of account number    1012

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

John Deere 6105 Utility Tractor

$ 34,425.00          $ 23,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    NGL & Erosion Control Group, LLC
_____
Name

Case number (if known)___23-20266-jrs___

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name
John Deere Financial
_____

Creditor's mailing address

6400 NW 86th Street
_____
P. O. Box 6600, Johnston, IA 50131

Creditor's email address, if known

daviscarriel@johndeere.com
_____

Date debt was incurred    _____
Last 4 digits of account
number    6886

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

John Deer 6110 Row-Crop Tractor

$104,759.00    $90,000.00

Describe the lien

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** Creditor's name
John Deere Financial
_____

Creditor's mailing address

6400 NW 86th Street
_____
P. O. Box 6600, Johnston, IA 50131

Creditor's email address, if known

daviscarriel@johndeere.com
_____

Date debt was incurred    _____
Last 4 digits of account
number    6865

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

10 Bush Hog 2815 Rotary/Flail Cutter

$186,852.00    $140,000.00

Describe the lien

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    NGL & Erosion Control Group, LLC
_____
Name

Case number (if known) 23-20266-jrs

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13 Creditor's name**
John Deere Financial

**Describe debtor's property that is subject to a lien**

John Deere 5100 Utility Tractor

$54,459.00    $25,000.00

**Creditor's mailing address**
6400 NW 86th Street
P. O. Box 6600, Johnston, IA 50131

**Creditor's email address, if known**
daviscarriel@johndeere.com

**Describe the lien**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** 1366

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   
   _____
   
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14 Creditor's name**
John Deere Financial

**Describe debtor's property that is subject to a lien**

John Deere 5100 Utility Tractor

$28,058.00    $23,000.00

**Creditor's mailing address**
6400 NW 86th Street
P. O. Box 6600, Johnston, IA 50131

**Creditor's email address, if known**
_____

**Describe the lien**
Agreement you made

**Date debt was incurred** _____
**Last 4 digits of account number** 5161

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   
   _____
   
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    NGL & Erosion Control Group, LLC
　　　　　Name

Case number *(if known)*___  23-20266-jrs

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15 Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

6400 NW 86th Street
P. O. Box 6600, Johnston, IA 50131

**Creditor's email address, if known**
daviscarriel@johndeere.com

_____

**Date debt was incurred** _____
**Last 4 digits of account number**    1359

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　[ _____ ]

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

14 John Deere 6105 Utility Tractor

$656,797.00    $402,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16 Creditor's name**
Mahindra Finance USA, LLC

_____

**Creditor's mailing address**

P. O. Box 2000
Johnston, IA 50131

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　[ _____ ]

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Mahindra MFOR105P Tractor

$8,000.00    $8,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  NGL & Erosion Control Group, LLC _____  Case number (if known) 23-20266-jrs
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** Creditor's name
Paradigm Equipment Finance, Inc.

**Describe debtor's property that is subject to a lien**
1992 Caterpillar 320L Excavator

$0.00                    $22,000.00

Creditor's mailing address

P. O. Box 907
Kaysville, UT 84037

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.18** Creditor's name
Synovus Bank f/k/a AFB&T

**Describe debtor's property that is subject to a lien**
Accounts Receivable

$23,815.00                    $111,243.00

Creditor's mailing address

P. O. Box 1747
Athens, GA 30603

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  0010

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

Synovus Bank f/k/a AFB&T, 1st;
Westwood Funding Solutions,

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | NGL & Erosion Control Group, LLC | Case number *(if known)* | 23-20266-jrs |
|--------|----------------------------------|--------------------------|--------------|
| | Name | | |

---

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.19** Creditor's name
Westwood Funding Solutions, LLC

**Describe debtor's property that is subject to a lien**

Accounts Receivable

$90,000.00        $111,243.00

**Creditor's mailing address**

4601 Sheridan Street
Suite 501, Hollywood, FL 33021

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☒ Yes. The relative priority of creditors is specified on lines  2.4

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.___** Creditor's name

**Describe debtor's property that is subject to a lien**

$_____        $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | NGL & Erosion Control Group, LLC | Case number *(if known)* 23-20266-jrs |
|---|---|---|
| | Name | |

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Burke Moore Law group<br>235 Peachtree Street<br>Suite 1900<br>Atlanta, GA, 30303 | Line 2. 18 | 8748 |
| Carbucks of Georgia, Inc.<br>2702 W. Azeele Street<br>Tampa, FL, 33609 | Line 2. 1 | |
| Carbucks of Georgia, Inc.<br>Kevin Ogden<br>100 East King Ave., Ste. A<br>Kingsland, GA, 31548 | Line 2. 1 | |
| GM Financial Group, LLC<br>12113 Garland Road<br>Dallas, TX, 75218 | Line 2. 3 | |
| GM Financial Group, LLC<br>Yavuz Orta<br>3200 Buckingham Rd, Apt. 3146D<br>Garland, TX, 75042 | Line 2. 3 | |
| Joe Nemetz<br>300 College Avenue<br>Athens, GA, 30601 | Line 2. 2 | |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 4 | |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 5 | |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 6 | |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 7 | |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 8 | |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 9 | |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 10 | |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 11 | |

| Debtor | NGL & Erosion Control Group, LLC | Case number *(if known)* | 23-20266-jrs |
|---|---|---|---|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 12 | _____ |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 13 | _____ |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 14 | _____ |
| John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 2. 15 | _____ |
| Mahindra Finance USA, LLC<br>8001 Birchwood Court<br>Johnston, IA, 50131 | Line 2. 16 | _____ |
| Mahindra Finance USA, LLC<br>Corporation Service Company<br>2 Sun Court, Suite 400<br>Norcross, GA, 30092 | Line 2. 16 | _____ |
| Paradigm Equipment Finance, Inc.<br>763 Marshall Way<br>Suite A<br>Layton, UT, 84041 | Line 2. 17 | _____ |
| Paradigm Equipment Finance, Inc.<br>Tyler Deters<br>1285 Elk Hollow Rd.<br>Kaysville, UT, 84037 | Line 2. 17 | _____ |
| Synovus Bank<br>Deacon Service, LLC<br>1111 Bay Ave., Suite 500<br>Columbus, GA, 31901 | Line 2. 18 | _____ |
| Synovus Bank<br>33 W. 11th Street<br>2nd Floor<br>Columbus, GA, 31901 | Line 2. 18 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Form 206D    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | NGL & Erosion Control Group, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (if known) | 23-20266-jrs |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Georgia Department of Revenue<br>Compliance Division - ARCS-Bankruptcy<br>1800 Century Blvd NE, Suite 9100<br>Atlanta, GA, 30345-3202 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 21126<br>Philadelphia, PA, 19114-0326 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.3** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:** | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

| Debtor | NGE & Erosion Control Group, LLC | Case number (if known) | 23-20266-jrs |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
B. C. Cannon Co., Inc.
P. O. Box 3889
Greenville, SC, 29608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 29,500.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**

**Nonpriority creditor's name and mailing address**
Capital One
Attn: Bankruptcy Department
P. O. Box 30285
Salt Lake City, UT, 84130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 9,995.00**

Date or dates debt was incurred _____

Last 4 digits of account number  1097

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**

**Nonpriority creditor's name and mailing address**
Capital One
Attn: Bankruptcy Department
P. O. Box 30285
Salt Lake City, UT, 84130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 9,817.00**

Date or dates debt was incurred _____

Last 4 digits of account number  7927

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**

**Nonpriority creditor's name and mailing address**
ENGS Commercial Finance Co.
Suite 1100 West
Itasca, IL, 60143

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Printer Deficiency

**$ 174,446.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**

**Nonpriority creditor's name and mailing address**
Fair American Ins. & Reins.
c/o Nat'l Claim Services
365 Northridge Rd., Ste. 200
Atlanta, GA, 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**$ Undetermined**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**

**Nonpriority creditor's name and mailing address**
John Deere Financial
6400 NW 86th Street
P. O. Box 6600
Johnston, IA, 50131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 5,638.00**

Date or dates debt was incurred _____

Last 4 digits of account number  5636

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | N&E & Erosion Control Group, LLC | Case number *(if known)* | 23-20266-jrs |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Small Business Administration
233 Peachtree Street, NE
Suite 300
Atlanta, GA, 30303

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 80,000.00

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

| Debtor | NGL & Erosion Control Group, LLC | Case number *(if Known)* | 23-20266-jrs |
|---|---|---|---|
| | Name | | |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. B. C. Cannon Co., Inc.<br>Deirdre Cannon, Reg. Agt.<br>2501 Rutherford Road<br>Greenville, SC, 29609 | Line 3.1<br>☐ Not listed. Explain: | _____ |
| 4.2. Capital One Spark Business Card<br>P. O. Box 105474<br><br>Atlanta, GA, 30348 | Line 3.2<br>☐ Not listed. Explain | _____ |
| 4.3. Capital One Spark Business Card<br>P. O. Box 105474<br><br>Atlanta, GA, 30348 | Line 3.3<br>☐ Not listed. Explain | _____ |
| 4.4. Gallivan White Boyd<br>One Liberty Square<br>55 Beattie Place, Ste. 1200<br>Greenville, SC, 29601 | Line 3.1<br>☐ Not listed. Explain | _____ |
| 41. Georgia Department of Revenue<br>P.O. Box 105499<br>Atlanta, GA, 30348-5499 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 4.5. Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA, 19101-7346 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.6. John Deere Credit Service, Inc.<br>CT Corporation System, Reg. Agt.<br>400 E. Court Drive<br>Des Moines, IA, 50309 | Line 3.6<br>☐ Not listed. Explain | _____ |
| 4.7. Kimberly C. Sheridan<br>55 Ivan Allen Jr. Blvd., NW<br>Suite 750<br>Atlanta, GA, 30308 | Line 3.4<br>☐ Not listed. Explain | _____ |
| 4.8. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL, 35203 | Line 3.7<br>☐ Not listed. Explain | _____ |
| 4.9. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line _____<br>☐ Not listed. Explain | _____ |

Debtor  Weed & Erosion Control Group, LLC
        Name                                                    Case number (if known)  23-20266-jrs

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 309,396.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 309,396.00 |

**Fill in this information to identify the case:**

Debtor name ___NGL & Erosion Control Group, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___23-20266-jrs___     Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Offices at 624 Atlanta Highway, Winder GA<br>Lessee | AAA Landscaping & Supply, LLC<br>401 Corbin Court<br>Statham, GA, 30666 |
| | **State the term remaining** | 9 months | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

---

**Fill in this information to identify the case:**

Debtor name ___NGL & Erosion Control Group, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___23-20266-jrs___

---

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | Does the debtor have any codebtors? |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | ENGS Commercial Finance | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |

---

Debtor  NGL & Erosion Control Group, LLC  Case number *(if known)* 23-20266-jrs
Name

| | | Additional Page if Debtor Has More Codebtors | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 | James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | AJM Contacting, LLC | AJM Contacting, LLC<br>401 Corbin Court<br>Statham, GA 30666 | Westwood Funding Solutions, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | Fair American Ins. & Reins. | ☐ D<br>☑ E/F<br>☐ G |

Debtor  NGL & Erosion Control Group, LLC
        Name                                                    Case number *(if known)* 23-20266-jrs

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.15 Amanda Scott | Amanda Scott<br>401 Corbin Court<br>Statham, GA 30666 | Fair American Ins. & Reins. | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | First American Bank & Trust Comp. | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | Capital One | ☐ D<br>☑ E/F<br>☐ G |
| 2.20 James Scott | James Scott<br>401 Corbin Court<br>Statham, GA 30666 | Capital One | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name _____ NGL & Erosion Control Group, LLC _____

United States Bankruptcy Court for the: _____ Northern District of Georgia _____

Case number (*If known*): _____ 23-20266-jrs _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 03/21/2023 _____          ✘ /s/ James Scott _____
              MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                              James Scott _____
                                              Printed name

                                              Managing Member _____
                                              Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name __NGL & Erosion Control Group, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __23-20266-jrs__

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 239,879.00 |
| **For prior year:** | From<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,218,602.00 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 50,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | | $ 0.00 |
| **For prior year:** | From<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | | $ 0.00 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | Pass Through Collections for AMJ Con | $ 1,750,452.00 |

| Debtor | NGL & Erosion Control Group, LLC | Case number *(if known)* | 23-20266-jrs |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>List Certain Transfers Made Before Filing for Bankruptcy</strong></td></tr>
</table>

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Cobb Tractor<br>Creditor's name<br>1520 Cobb Parkway N.<br>Marietta, GA 30062 | 12/22/2022 | $ 12,086.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Farm Bureau Bank<br>Creditor's name<br>P. O. Box 33427<br>San Antonio, TX 78265 | 02/27/2023<br>12/08/2022<br>12/15/2022<br>01/10/2023<br>01/24/2023<br>01/25/2023<br>01/26/2023<br>01/27/2023 | $ 9,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br><br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $ _____ | |
| 4.2. | _____<br>Insider's name<br><br><br><br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $ _____ | |

| Debtor | NGL & Erosion Control Group, LLC | Case number (*if known*) 23-20266-jrs |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | ENGS Commercial Finance Co. v. NGL & Erosion Control Group, LLC and James Scott | Guaranty | Superior Court of Barrow County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 22-CV-000394-B | | 652 Barrow Park Drive, Suite B Winder, GA 30680 | |
| 7.2. | **Case title** _____ | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** _____ | | | |

---

| Debtor | NGL & Erosion Control Group, LLC | Case number *(if known)* | 23-20266-jrs |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | NGL & Erosion Control Group, LLC | Case number *(if known)* | 23-20266-jrs |
|---|---|---|---|
| | Name | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Lamberth, Cifelli, Ellis & Nason | $12,500 Retainer and $1,738 Filing Fee | 03/04/2023 | $ 14,238.00 |
| | **Address** | | | |
| | 6000 Lake Forrest Drive Suite 435 Atlanta, GA 30328 | | | |
| | **Email or website address** fnason@lcenlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor    NGL & Erosion Control Group, LLC                                    Case number *(if known)*  23-20266-jrs
_____
    Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Individual Buyer | Straw Blower, Mulch Blower | 02/23/2023 | $ 5,000.00 |
| | **Address** | | | |
| | **Relationship to debtor** None | | | |
| 13.2. | **Who received transfer?** Individual Buyer | 2004 Massey Ferguson Boom Mower | 02/23/2023 | $ 21,000.00 |
| | **Address** | | | |
| | **Relationship to debtor** None | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Debtor    NGL & Erosion Control Group, LLC                                          Case number *(if known)* 23-20266-jrs
_____
Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    NGL & Erosion Control Group, LLC        Case number *(if known)* 23-20266-jrs
       Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | NGL & Erosion Control Group, LLC | Case number (if known) 23-20266-jrs |
|---|---|---|
| | Name | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| Official Form 207 | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** | page **9** |
|---|---|---|

| Debtor | NGL & Erosion Control Group, LLC | Case number *(if known)* | 23-20266-jrs |
|---|---|---|---|
| | Name | | |

---

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.2. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ **Dates business existed** From _____    To _____ |
| 25.3. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ **Dates business existed** From _____    To _____ |

---

Debtor    NGL & Erosion Control Group, LLC _____ Case number *(if known)* 23-20266-jrs
    Name

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Kendra Sexton<br>      Name<br>      7732 Highway 24, Townville, SC | From 01/04/2022<br>To 03/06/2023 |

| Name and address | Dates of service |
|---|---|
| 26a.2.   _____<br>      Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   C. David Rowe, P.C.<br>      Name<br>      3651 Mars Hill Road, Suite 500A, Watkinsville, GA 30677 | From 01/01/2011<br>To 03/06/2023 |

| Name and address | Dates of service |
|---|---|
| 26b.2.   _____<br>      Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Kendra Sexton<br>      Name<br>      7732 Highway 24, Townville, SC | |

---

Debtor    NGL & Erosion Control Group, LLC
_____          Case number *(if known)* 23-20266-jrs
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    NGL & Erosion Control Group, LLC
_____        Case number (if known) 23-20266-jrs
          Name                                          _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.  _____
       Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Scott | 401 Corbin Court, Statham, GA 30666 | Managing Member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. James Scott | 21,000.00 | 05/27/2022 | Salary |
| Name | | | |
| 401 Corbin Court | | 05/31/2022 | |
| Statham, GA 30666 | | | |
| | | _____ | |
| **Relationship to debtor** | | | |
| Member | | _____ | |

| Debtor | NGL & Erosion Control Group, LLC | Case number (*if known*) | 23-20266-jrs |
|---|---|---|---|
| | Name | | |

| | Name and address of recipient | 14,000.00 | 07/25/2022 | Salary |
|---|---|---|---|---|
| 30.2 | James Scott | | | |
| | Name | | | |
| | 401 Corbin Court | | | |
| | Statham, GA 30666 | | | |
| | | | | |
| | Relationship to debtor | | | |
| | Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/21/2023
_____
MM  / DD  / YYYY

✘ /s/ James Scott
_____
Signature of individual signing on behalf of the debtor

Printed name    James Scott

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **14**

| Debtor Name | NGL & Erosion Control Group, LLC | | Case number (if known) | 23-20266-jrs |

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| Nationwide, Norton<br>Insurance Agency 434<br>Green Street, NE, Winder,<br>GA 30680 | $23,386.64 | Other |
| Capital One, Attn:<br>Bankruptcy Department P.<br>O. Box 30285, Salt Lake<br>City, UT 84130 | $8,235.00 | Credit card debt |

**13) Transfers not already listed on this statement**

Transferee: Individual Buyer

Date of Transfer: 02/23/2023

Description: Miscellaneous Property

Value: $900.00

---

Transferee: J W Truck Sales

3585 Wallis Road, Flowery Branch, GA 30542

Date of Transfer: 02/23/2023

Description: 2007 Mac Semi truck ($26,000), 2003 Ford F650 ($12,000), Goose Neck Trailer ($6,000)

Value: $44,000.00

---

Transferee: Individual Buyer

Date of Transfer: 02/23/2023

Description: Vermeer Slope Mower

Value: $14,000.00

---

**30) Payments, distributions, or withdrawals credited or given to insiders**

Name and Address:

James Scott

401 Corbin Court
Statham, GA 30666

Debtor Name  NGL & Erosion Control Group, LLC

Case number *(if known)*  23-20266-jrs

## Continuation Sheet for Official Form 207

**Amount of money or description: $5,000.00**

**Dates: 09/30/2022,  – ,  –**

**Reason: Salary**

**---**

**Name and Address:**

**James Scott**

**401 Corbin Court
Statham, GA 30666**

**Amount of money or description: $30,000.00**

**Dates: 10/03/2022, 10/28/2022,  –**

**Reason: Salary**

**---**

**Name and Address:**

**James Scott**

**401 Corbin Court
Statham, GA 30666**

**Amount of money or description: $500.00**

**Dates: 11/29/2022,  – ,  –**

**Reason:**

**---**

**Name and Address:**

**James Scott**

**401 Corbin Court
Statham, GA 30666**

**Amount of money or description: $23,000.00**

**Dates: 12/05/2022, 12/08/2022, 12/15/2022**

**Reason: Salary**

**---**

**Name and Address:**

**James Scott**

**401 Corbin Court
Statham, GA 30666**

| Debtor Name | NGL & Erosion Control Group, LLC | Case number *(if known)*___23-20266-jrs_____ |
| --- | --- | --- |

### Continuation Sheet for Official Form 207

**Amount of money or description: $11,800.00**

**Dates: 01/04/2023, 01/09/2023, 01/11/2023**

**Reason: Salary**

**---**

**Name and Address:**

**James Scott**

**401 Corbin Court**
**Statham, GA 30666**

**Amount of money or description: $10,000.00**

**Dates: 02/24/2023,  – ,  –**

**Reason: Salary**

**---**

**Name and Address:**

**James Scott**

**401 Corbin Court**
**Statham, GA 30666**

**Amount of money or description: $2,950.00**

**Dates: 03/06/2023,  – ,  –**

**Reason: Salary**

**---**

**United States Bankruptcy Court**

**IN RE:**                                                         Case No. 23-20266-jrs
                                                                    _____
NGL & Erosion Control Group, LLC
_____ Chapter 11
                                                                    _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| James Scott<br>401 Corbin Court, Statham, GA 30666 | 100 | Managing member |

United States Bankruptcy Court

Northern District of Georgia

In re:  NGL & Erosion Control Group, LLC          Case No.  23-20266-jrs

                                                  Chapter    11

                    Debtor(s)

**Verification of Creditor Matrix**

        The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:  _____03/21/2023_____          /s/ James Scott
                                          _____
                                          Signature of Individual signing on behalf of debtor

                                          Managing Member
                                          _____
                                          Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                                          )
                                                )      CASE NO. 23-20266-jrs
NGL & EROSION CONTROL GROUP, LLC,               )
                                                )
        Debtor                                  )      CHAPTER 11
_____         )

**SUPPLEMENTAL LIST OF CREDITORS**

     Capital One
     Attn: Bankruptcy Department
     P. O. Box 30285
     Salt Lake City, UT 84130

     Capital One Spark Business Card
     P. O. Box 105474
     Atlanta, GA 30348

     First American Bank & Trust Comp.
     55 East May Street
     Winder, GA 30680

     Joe Nemetz
     300 College Avenue
     Athens, GA 30601

Dated: March 21, 2023

                               LAMBERTH, CIFELLI,
                               ELLIS & NASON, P.A.
                               Attorneys for Debtor

                               By: */s/ G. Frank Nason, IV*
                                        G. Frank Nason, IV
                                        Georgia Bar No. 535160

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-20266-jrs |
| NGL & EROSION CONTROL GROUP, LLC, | ) | |
| | ) | |
| Debtor | ) | CHAPTER 11 |
| _____ | ) | |

**RULE 2016 DISCLOSURE STATEMENT OF COMPENSATION
OF ATTORNEY FOR DEBTOR**

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am an officer in the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., (the "Firm") and that compensation paid to the Firm within one year before the filing of the petition in bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of Debtor in contemplation of or in connection with the bankruptcy case is as follows:

a.      For legal services, the Firm will charge its standard hourly rates;

b.      The Firm holds a retainer from Debtor in the amount of $12,500 paid March 4, 2023. Debtor also paid $1,738 to the Firm for filing fees.

c.      The fees have not been shared and will not be shared with any other person, other than members and associates of the Firm.

Dated: March 21, 2023

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
Attorneys for Debtor

By: */s/ G. Frank Nason, IV*
        G. Frank Nason, IV
        Georgia Bar No. 535160

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)